**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| CAROL McKENNEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAM'S EAST, INC. d/b/a "Sam's Club", and )<br>WAL-MART STORES EAST, INC., )<br>)<br>Defendants. ) | CAUSE NO. 1:20-cv-01268-DLP-JMS |

**NOTICE OF SETTLEMENT**

Defendants, by counsel, hereby files this notice of settlement and notifies the Court that this case has been settled and that the settlement check has been requested. Defendants therefore request that this case be removed from the Court's calendar and anticipate that the signed Stipulation of Dismissal and a Proposed Order will be filed within the next 30 days.

Respectfully submitted,

FROST BROWN TODD LLC

By: */s/ Thomas L. Davis*
  Thomas L. Davis, #4423-49
  Attorneys for Defendants

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of September, 2020, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system:

Ian W. Thompson
Email:  ianthompson1979@att.net

                                          */s/ Thomas L. Davis*
                                          Thomas L. Davis

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
Phone: (317) 237-3800
Fax: (317) 237-3900
tdavis@fbtlaw.com

4828-7890-1452v1