IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CAROL McKENNEY, | ) CAUSE NO. 1:20-cv-01268-DLP-JMS |
| Plaintiff, | ) |
| v. | ) |
| SAM'S EAST, INC. d/b/a "Sam's Club", and WAL-MART STORES EAST, INC., | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the parties, by counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and stipulate to the dismissal of the above-captioned cause of action, with prejudice, costs paid.

By: */s/ Ian W. Thompson*
Ian W. Thompson, #25835-49
Attorneys for Plaintiff

608 East Market Street
Indianapolis, IN 46202

FROST BROWN TODD LLC

By: */s/ Thomas L. Davis*
Thomas L. Davis, #4423-49
Attorneys for Defendant

201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, In 46244-0961

4851-1949-5887v1